E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
       6401 Security Blvd.
       Baltimore, MD 21235
       San Francisco, CA  94105
       Telephone: 510-970-4819
       e-mail: Geralyn.Gulseth@ssa.gov
Attorneys for Defendant

JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MCKERCHER, | Case No. 2:23-cv-10374-SPG-DFM |
| Plaintiff, | |
| vs. | JUDGMENT OF REMAND |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  February 12, 2024

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE