1 LAW OFFICES OF BILL LATOUR
2 JESSICA WARNER [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7 Attorney for Plaintiff

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
10

11 CODY MCKERCHER.,        )   No: 2:23-cv-10374-DFM
    Plaintiff,         )
12                       )
                      )   <u>ORDER AWARDING EAJA FEES</u>
13     v.               )
14                       )
MARTIN O'MALLEY[1]     )
15  Commissioner of Social Security,  )
16                       )
    Defendant.        )
17                       )
18
19     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
20     IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE
21 THOUSAND SEVENTY-FIVE DOLLARS AND 00/100 ($1,075.00) and zero costs
22 ($0.00), subject to the terms of the stipulation.
23 DATE: March 6, 2024        _____
24                     HON. DOUGLAS F. MCDERMOTT
25                     UNITED STATES MAGISTRATE JUDGE
26
27 [1] Martin O'Malley became the Commissioner of Social Security on December 20,
28 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).